Tom DAVIS, Appellant,

v.

The STATE of Texas, Appellee.

No. 28853.

Court of Criminal Appeals of Texas.

March 13, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the unlawful sale of wine in a dry area; the punishment, six months in jail and a fine of $500.

The record does not reflect that a notice of appeal was given and entered of record as required by Article 827, Vernon's Ann.C.C.P.

In the absence thereof, this Court has no jurisdiction to entertain the appeal.

The appeal is dismissed.

Roy Cowassie EATON, Appellant,

v.

The STATE of Texas, Appellee.

No. 28876.

Court of Criminal Appeals of Texas.

March 13, 1957.

No attorney for appellant of record on appeal.

Henry Wade, Criminal Dist. Atty., Thomas B. Thorpe, Frank W. Watts, Asst. Dist. Atty., Dallas, and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the unlawful possession of a narcotic drug; the punishment, 12 years and 6 months.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.